IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CURTIS MCCAULEY                                                                    PLAINTIFFS
and CARMEN MCCAULEY
*On behalf of* D.M., A MINOR

vs.                                    Civil No. 6:16-cv-06034

NANCY A. BERRYHILL                                                                  DEFENDANT
Acting Commissioner, Social Security Administration

### J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiffs' Complaint is hereby dismissed with prejudice.

**ENTERED this 6th day of April 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE